UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BILLY BINGHAM,

    Plaintiff,

vs.

Case No. 20-CV-12686
HON. GEORGE CARAM STEEH

AMY COFFELT,

    Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
(ECF No. 41) GRANTING DEFENDANT'S MOTION FOR
SUMMARY JUDGMENT (EFC No. 37) AND DENYING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF No. 35)

This matter is before the Court on the Report and Recommendation (ECF No. 41) filed by the Magistrate Judge recommending that plaintiff Billy Bingham's motion for summary judgment (ECF No. 35) be denied and defendant's motion for summary judgment (ECF No. 37) be granted. Bingham, a prisoner in the custody of the Michigan Department of Corrections, alleges that defendant Amy Coffelt, the food service director at his institution, refused to provide him with medically necessary meals. Plaintiff was granted an extension to file objections (ECF No. 43), but no objections were filed by the January 16, 2023 due date.

This Court agrees with and adopts the thorough analysis conducted and recommendation made by the magistrate judge. Now, therefore, for the reasons stated by the magistrate judge, the recommendation is adopted as an order of the court.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 63) is adopted by the Court.

IT IS HEREBY FURTHER ORDERED that plaintiff's motion for summary judgment (ECF No. 35) is DENIED.

IT IS HEREBY FURTHER ORDERED that defendant's motion for summary judgment (ECF No. 37) is GRANTED.

Dated:   January 24, 2023

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 24, 2023, by electronic and/or ordinary mail and also on Billy Bingham #202937, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201.

s/Michael Lang
Deputy Clerk

---